IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN O'BRIEN, : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v.  : | NO. 14-4776 |
| : | |
| FIFTH THIRD MORTGAGE COMPANY, : | |
| a division of FIFTH THIRD BANKCORP, : | |
| Defendant. : | |

## **ORDER**

AND NOW, this 13th day of May, 2015, upon consideration of Defendant's Motion for Summary Judgment, supporting Brief, and Statement of Undisputed Material Facts, (Dkt Nos. 28, 28-1, 28-2), Plaintiff's Response Brief, Response to Statement of Facts, and Counter-Statement of Facts, (Dkt Nos. 34-5, 34-3, 34-4), Defendant's Response to Plaintiff's Counter-Statement of Facts, (Dkt No. 36), Defendant's Reply Brief, (Dkt No. 39), and all attendant exhibits and filings, it is hereby ORDERED that Defendant's Motion is GRANTED for the reasons set forth herein.

The above-captioned case is hereby DISMISSED WITH PREJUDICE. The Clerk of Court is DIRECTED to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, II    J.